IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

North Star Technical Resources, Inc.,

Plaintiff, Case No. 00-1177 ADM/AJB

v.

Jerad Hoff, dba CyberMac Consulting and CyberMac,

Defendant.

---

**STIPULATION AND ORDER FOR DISMISSAL**

This case comes before the Court based upon a Settlement Agreement and Mutual and General Release entered into by the parties.

Pursuant to the Settlement Agreement and Mutual and General Release entered into by the parties, it is hereby adjudged and ordered as follows:

1. Defendant Jerad Hoff ("Hoff") will transfer all right, title and interest in and to the domain names of CYBERMAC.com and CYBERMAC.net, and will cooperate in the transfer of the registrations thereof, to Plaintiff North Star Technical Resources, Inc. ("North Star");

2. Hoff, CyberMac Consulting, CyberMac, anyone else affiliated with them, as well as their officers, agents, servants employees, attorneys, and all others in active concert or participation with them, shall not (a) use the CYBERMAC mark, or any confusingly similar designation alone or in combination with other words or designs as an Internet domain name, trademark, service mark, trade name, or the like to market, advertise, promote, or otherwise identify products or services not produced or authorized by North Star; (b) otherwise infringe or

FILED FEB 14 20[illegible]
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

dilute North Star's registered mark and North Star's common law rights in those marks; (c) unfairly compete with North Star in any manner whatsoever; and (d) cause likelihood of confusion, injury to business reputation, or dilution of the distinctiveness of North Star's marks, symbols or forms of advertisement.

3. This case shall be dismissed with prejudice and without costs or fees, including any attorneys' fees, to any party.

Date: 2/13/01

Ann D. Montgomery
District Court Judge

AGREED TO BY:

Date: 2/12, 2001

James T. Nikolai, #144101
NIKOLAI, MERSEREAU & DIETZ, P.A.
Counsel for Plaintiff
820 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 339-7461
Facsimile: (612) 349-6556

Date: Feb. 4, 2001

Michael J. McGuire, #230443
Counsel for Defendant
509 Saratoga Street So.
St. Paul, MN 55116
Phone: (651) 248-8468
Facsimile (612) 677-3290